# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWONESHA JOHNSON-HENDRICKS,<br><br>        Plaintiff<br><br>  v.<br><br>SYNCHRONY BANK, DOES 1-50,<br><br>        Defendant | Case No.<br><br>2:17-cv-02310-WBS-KJN **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: October 18, 2018

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE